In re:                                                                Case No. 14-03226-JJT
Brandice Elaine Bodge                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Feb 24, 2017
                  Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
db          +Brandice Elaine Bodge,    104 Axe Handle Lane,    Greentown, PA 18426-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    CU Members Mortgage, A Division of Colonial Savings, FA bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor Brandice Elaine Bodge MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
          Joshua I Goldman    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Regina    Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                    TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandice Elaine Bodge aka Brandice E Bodge aka Brandice Bodge <br> <u>Debtor</u> | CHAPTER 13 |
| CU Members Mortgage, A Division of Colonial Savings F.A. <br> <u>Moving Party</u> <br> vs. | NO. 14-03226 JJT |
| Brandice Elaine Bodge aka Brandice E Bodge aka Brandice Bodge <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br> <u>Trustee</u> | |

**<u>ORDER</u>**

Upon consideration of the stipulation (docket 49), it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: February 24, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)