```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                    Case No. 14-03226-JJT
Brandice Elaine Bodge                                                     Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: LyndseyPr            Page 1 of 1              Date Rcvd: Mar 20, 2017
                            Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db             +Brandice Elaine Bodge,    104 Axe Handle Lane,    Greentown, PA 18426-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   CU Members Mortgage, A Division of Colonial Savings,
               FA bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor Brandice Elaine Bodge MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman     on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Regina Cohen    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRANDICE ELAINE BODGE | : | |
| aka Brandice E. Bodge | : | CASE NO. 5:14-03226-JJT |
| aka Brandice Bodge | : | |
| Debtor | : | |

_____

### ORDER APPROVING FOURTH AMENDED CHAPTER 13 PLAN

IT IS ORDERED that the Motion to Amend / Modify the Plan Post Confirmation filed on February 20, 2017, is hereby GRANTED.

IT IS FURTHER ORDERED that the proposed amendments in the Fourth Amended Plan are hereby APPROVED.

Dated: March 20, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)