```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-03226-JJT
Brandice Elaine Bodge                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: LyndseyPr         Page 1 of 1           Date Rcvd: May 01, 2017
                          Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4522608        E-mail/Text: ally@ebn.phinsolutions.com May 01 2017 18:58:22
               Ally Bank serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   CU Members Mortgage, A Division of Colonial Savings,
               FA bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor Brandice Elaine Bodge MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Regina  Cohen    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-03226-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Brandice Elaine Bodge
104 Axe Handle Lane
Greentown PA 18426

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Ally Bank serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/17

Terrence S. Miller
**CLERK OF THE COURT**