In re:                                                          Case No. 14-03226-JJT
Brandice Elaine Bodge                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: May 24, 2017
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4569502          E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 18:51:10          Synchrony Bank,
                c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)  dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    CU Members Mortgage, A Division of Colonial Savings,
      FA bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
        Jason Paul Provinzano   on behalf of Debtor Brandice Elaine Bodge MyLawyer@JPPLaw.com,
      G17727@notify.cincompass.com
        Joshua I Goldman   on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
        Recovery Management Systems Corporation    claims@recoverycorp.com
        Regina  Cohen   on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
      ksweeney@lavin-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                  TOTAL: 8

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 5:14-bk-03226-JJT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Brandice Elaine Bodge
104 Axe Handle Lane
Greentown PA 18426

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/2017.

Name and Address of Alleged Transferor(s):

Claim No. 15: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/26/17

Terrence S. Miller
**CLERK OF THE COURT**