Certificate Number: 17572-PAM-DE-033265160

Bankruptcy Case Number: 14-03226


17572-PAM-DE-033265160

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 16, 2019, at 5:17 o'clock PM PDT, Brandice E Bodge completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 16, 2019

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor