Check No. 1206981

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-01857-RNO | 001-0 | ROMULO R. VEGAS<br>Original Check written to:<br>SMITHFIELD SEWER AUTHORITY<br><br>1155 RED FOX ROAD<br>E STROUDSBURG, PA  18301- | 6997 | 7,949.05 | 106.96 | 0.00 | 106.96 |
| 14-03209-HWV | 006-0 | DAVID E. STANTON, III<br>Original Check written to:<br>WELLS FARGO BANK<br>PAYMENT PROCESSING<br>P.O. BOX 45038<br>JACKSONVILLE, FL  32232 | 9908 | 169.69 | 16.26 | 0.00 | 16.26 |
| 14-03226-RNO | 008-1 | BRANDICE ELAINE BODGE<br>Original Check written to:<br>HUD<br>451 SEVENTH STREET S.W.<br>WASHINGTON, DC  20410 | 6059 | 8,735.17 | 421.17 | 0.00 | 421.17 |
| 14-03729-HWV | 002-0 | CHAD MICHAEL SHEARER<br>Original Check written to:<br>DEPARTMENT OF VETERANS AFFAIRS<br>ATTN: JANEECIA BING<br>P.O. BOX 13399<br>PHILADELPHIA, PA  19101- | 8471 | 48,048.93 | 2,733.07 | 0.00 | 2,733.07 |
| 14-04181-RNO | 003-0 | KENNETH W. EVANS<br>Original Check written to:<br>WILKES BARRE POSTAL FCU<br>C/O DOMINICK PANNUNZIO, ESQ<br>294 MAIN STREET<br>DUPONT, PA  18641- | 735A | 2,371.67 | 89.00 | 0.00 | 89.00 |
| 14-04181-RNO | 012-1 | KENNETH W. EVANS<br>Original Check written to:<br>NATIONAL PENN BANK<br>645 HAMILTON STREET<br>SUITE 700<br>ALLENTOWN, PA  18101- | 5746 | 29,370.02 | 582.65 | 0.00 | 582.65 |