# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    BRANDICE ELAINE BODGE                    Case No.: 5-14-03226-RNO

                                                          Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

Creditor Name:                       COLONIAL SAVINGS
Court Claim Number:               16
Last Four of Loan Number:        5142 pre arrears axe handle ln
Property Address if applicable:    104 AXE HANDLE LANE, , GREENTOWN, PA18426

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearages: | $5,944.99 |
| b. | Prepetition arrearages paid by the Trustee: | $5,944.99 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,719.30 |
| f. | Postpetition arrearages paid by the Trustee: | $5,719.30 |
| g. | Total b, d, f: | $11,664.29 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 9, 2019                                Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  COLONIAL SAVINGS
Court Claim Number:  16

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0160 | 1142936 | 02/03/2016 | $152.18 | $0.00 | $152.18 |
| 0160 | 1144541 | 03/02/2016 | $173.87 | $0.00 | $173.87 |
| 0160 | 1146232 | 04/06/2016 | $173.88 | $0.00 | $173.88 |
| 0160 | 1147992 | 05/04/2016 | $173.88 | $0.00 | $173.88 |
| 0160 | 1149611 | 06/14/2016 | $260.82 | $0.00 | $260.82 |
| 0160 | 1151303 | 07/07/2016 | $173.87 | $0.00 | $173.87 |
| 0160 | 1152674 | 08/04/2016 | $173.88 | $0.00 | $173.88 |
| 0160 | 1154213 | 09/01/2016 | $174.98 | $0.00 | $174.98 |
| 0160 | 1155822 | 10/05/2016 | $176.10 | $0.00 | $176.10 |
| 0160 | 1157436 | 11/02/2016 | $191.10 | $0.00 | $191.10 |
| 0160 | 1159034 | 12/06/2016 | $309.18 | $0.00 | $309.18 |
| 0160 | 1160612 | 01/12/2017 | $206.11 | $0.00 | $206.11 |
| 0160 | 1162180 | 02/08/2017 | $206.12 | $0.00 | $206.12 |
| 0160 | 1171315 | 08/10/2017 | $176.53 | $0.00 | $176.53 |
| 0160 | 1172865 | 09/19/2017 | $217.37 | $0.00 | $217.37 |
| 0160 | 1174284 | 10/11/2017 | $72.15 | $0.00 | $72.15 |
| 0160 | 1175544 | 11/08/2017 | $144.30 | $0.00 | $144.30 |
| 0160 | 1176941 | 12/05/2017 | $144.29 | $0.00 | $144.29 |
| 0160 | 1178323 | 01/11/2018 | $216.45 | $0.00 | $216.45 |
| 0160 | 1179734 | 02/08/2018 | $192.78 | $0.00 | $192.78 |
| 0160 | 1181097 | 03/08/2018 | $192.78 | $0.00 | $192.78 |
| 0160 | 1182448 | 04/03/2018 | $96.39 | $0.00 | $96.39 |
| 0160 | 1185498 | 05/15/2018 | $385.56 | $0.00 | $385.56 |
| 0160 | 1186942 | 06/07/2018 | $96.39 | $0.00 | $96.39 |
| 0160 | 1188230 | 07/12/2018 | $289.17 | $0.00 | $289.17 |
| 0160 | 1189652 | 08/09/2018 | $192.78 | $0.00 | $192.78 |
| 0160 | 1190976 | 09/06/2018 | $192.78 | $0.00 | $192.78 |
| 0160 | 1192279 | 10/10/2018 | $192.37 | $0.00 | $192.37 |
| 0160 | 1193654 | 11/08/2018 | $191.95 | $0.00 | $191.95 |
| 0160 | 1195024 | 12/13/2018 | $287.94 | $0.00 | $287.94 |
| 0160 | 1196465 | 01/10/2019 | $117.04 | $0.00 | $117.04 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRANDICE ELAINE BODGE    Case No.: 5-14-03226-RNO
                         Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 9, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| COLONIAL SAVINGS, F.A.<br>2626 WEST FREEWAY, BLDG B<br>FORT WORTH, TX, 76102 | SERVED BY 1ST CLASS MAIL |
| BRANDICE ELAINE BODGE<br>104 AXE HANDLE LANE<br>GREENTOWN, PA 18426 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 9, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com