```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 14-03226-RNO
Brandice Elaine Bodge                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr            Page 1 of 1            Date Rcvd: Dec 17, 2019
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db              +Brandice Elaine Bodge,    104 Axe Handle Lane,    Greentown, PA 18426-4823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    CU Members Mortgage, A Division of Colonial Savings,
               FA bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Brandice Elaine Bodge MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman     on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Regina Cohen     on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brandice Elaine Bodge,<br>aka Brandice E Bodge, aka Brandice Bodge, | Chapter     13 |
| **Debtor 1** | Case No.     5:14−bk−03226−RNO |

Social Security No.:
            xxx−xx−8406

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

       **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 17, 2019            By the Court,

           *[signature]*

           Honorable Robert N. Opel, II
           United States Bankruptcy Judge
           By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)